AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SERVED

| | |
|---|---|
| SHAYNE P. MYTINGER,<br><br>*Plaintiff(s)*<br>v.<br><br>NORTHTOWN CAPITAL SERVICES GROUP, LLC,<br><br>*Defendant(s)* | Civil Action No. 3:20-cv-01776 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NORTHTOWN CAPITAL SERVICES GROUP, LLC
c/o Registered Agent
INCORP SERVICES, INC.
5716 CORSA AVE SUITE 110
WESTLAKE VILLAGE, CA 91362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: March 13, 2020

*Felicia Brown*    Felicia Brown
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-CV-01776-TSH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NORTHTOWN CAPITAL SERVICES GROUP, LLC was received by me on *(date)* Mar 20, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Steven Pickett, Authorized to Accept on behalf of Incorp Services Inc - Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* NORTHTOWN CAPITAL SERVICES GROUP, LLC on *(date)* Mon, Mar 23 2020 at 1:30PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: 03/24/2020

_____
*Server's signature*

Barrett Douglas Gunnell Riverside County # 1583 Process Server
*Printed name and title*

4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Mar 23, 2020, 1:30 pm at COMPANY: 5716 CORSA AVENUE SUITE 110, WESTLAKE VILLAGE, CA 91362 received by Steven Pickett, Authorized to Accept on behalf of Incorp Services Inc - Agent for Service.

Additional Document Served:
Complaint for Damages; Order Setting Initial Case Management Conference and ADR Deadlines