NICHOLAS M. WAJDA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

GRANTED
Judge Thomas S. Hixson

Dated: 5/5/2020

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYNE P. MYTINGER, <br><br> Plaintiff, <br><br> v. <br><br> NORTHTOWN CAPITAL SERVICES GROUP, LLC, <br><br> Defendant. | Case No. 3:20-cv-01776-TSH <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, SHAYNE P. MYTINGER ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, NORTHTOWN CAPITAL SERVICES GROUP, LLC, without prejudice with leave to reinstate through October 1, 2020. After October 1, 2020, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted this 4th day of May 2020.

1

|   |   |
|---|---|
| 1 | s/ Nicholas M. Wajda |
| 2 | Nicholas M. Wajda |
|   | Wajda Law Group, APC |
| 3 | 6167 Bristol Parkway, Suite 200 |
|   | Culver City, California 90230 |
| 4 | Phone:(310) 997-0471 |
|   | Fax: (866) 286-8433 |
| 5 | nick@wajdalawgroup.com |
| 6 | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Nicholas M. Wajda*

2